IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **MID SOUTH SEAFOOD, INC., et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 4:10cv105 WAP-DAS |
| vs. ) | |
| ) | |
| **BP, PLC; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER GRANTING STAY PENDING TRANSFER DECISION
### BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS CAUSE** came before the Court on the motion of BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP Exploration and Production Inc., and BP America Inc. (collectively the "BP Defendants") to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation *In re Oil Spill by the Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010* (MDL 2179), the proceeding that has been established in the Eastern District of Louisiana to coordinate all cases related to the Deepwater Horizon Incident, which took place on April 20, 2010. The Court, having considered the motion and the entire record in the cause finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re Oil Spill by the Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010* (MDL 2179)

THIS, the 27th day of August, 2010.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE